UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROYVOR LEON TILLMAN | CIVIL ACTION |
| VERSUS | NO: 19-12819 |
| DEXTER GASPARD (TERREBONNE PARISH CORRECTIONAL OFFICER), ET AL. | SECTION: "A" (5) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge North, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge North and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff Troyvor Tillman's 42 U.S.C. § 1983 claims against the Defendants are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and 42 U.S.C. §1997e(c).

November 6, 2019

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE